UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

MICHELE LETSCHER,  }
ON BEHALF OF HERSELF AND  }
ALL OTHERS SIMILARLY SITUATED,  }
 }
                      Plaintiff,  }    Civil Action, File No.
            v  }    2:18-cv-00799-JFB-ARL
 }
FORSTER & GARBUS, LLP,  }
MARK A. GARBUS, AND RONALD FORSTER,  }
 }
                      Defendants.  }

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 08 2019 ★
LONG ISLAND OFFICE

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses the present action against Defendant.

/s/Mitchell L. Pashkin, Esq.
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 335-1107

*The Clerk of the Court shall close the case.*

**SO ORDERED**
S/ JOSEPH F BIANCO
Joseph F. Bianco
USDJ
Date: March 8, 2019
Central Islip, N.Y.